UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONIA POINCON | CIVIL ACTION |
| VERSUS | NO. 18-10251 |
| OFFSHORE MARINE CONTRACTORS, INC., *et al.* | SECTION M (3) |

# ORDER

Considering the unopposed motion of defendant Offshore Marine Contractors, Inc. to designate this Court's order dated October 9, 2020, as final under Rule 54(b) of the Federal Rules of Civil Procedure (R. Doc. 68),

IT IS ORDERED that the motion is GRANTED. This Court designates its October 9, 2020 Order & Reasons (R. Doc. 45), including its November 20, 2020 Order & Reasons denying reconsideration (R. Doc. 53), as a final, appealable judgment under Rule 54(b) as the Court finds that there is no just reason for delay.

New Orleans, Louisiana, this 14th day of June, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE